Matthew J. Preusch (Bar No. 298144)
mpreusch@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1129 State Street, Suite 8
Santa Barbara, CA 93101
Tel: (805) 456-1496, Fax: (805) 456-1497

*Attorney for Plaintiffs*
**(Additional Counsel on Signature Page**)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH CROSSON, KIMI JANSON, MARTHA ASAPH, KAREN HOMANN, MATTHEW CURE, KATHRYN ELIZA WALSH, RACHEL OTTO, DUANE INOUE, LAURA RAY, ROBERT PERRYMAN, CYNTHIA KIRTLAND, and, WILLIAM HARLAN and EMILY DIZNOFF, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., VOLKSWAGEN AG, AUDI AG, AUDI OF AMERICA LLC, and AUDI OF AMERICA, INC.<br><br>    Defendants. | No. 2:15-cv-07475-GW-GJS<br><br>**NOTICE OF RELATED ACTIONS**<br><br>**(LOCAL RULE 83-1.3)** |

PLEASE TAKE NOTICE that, in accordance with Rule 83-1.3 of the Local Rules of the United States District Court for the Central District of California, this action appears to be related to the below-listed action:

| Case Name | Date Filed | Case Number |
|---|---|---|
| *McCabe v. Volkswagen Group of America, Inc.* | 09/20/15 | 5:15-cv-01930-MMM-SP |

In addition, four notices of related action have been filed in the *McCabe* case, listing other potentially related actions that have been filed in this District to date.

Local Rule 83-1.3 provides that notice of a related case shall be filed and served on all parties who have appeared, stating whether any action being filed appear: (a) to arise from the same or substantially identical transactions, happenings or events; or (b) to call for determination of the same or substantially identical questions of law and fact; or (c) likely for other reasons to entail substantial duplication of labor if heard by different judges.

The aforementioned actions arise from the same or substantially identical events as those alleged in the above-captioned action: Defendants' sale of "defeat device" vehicles that violate state and federal emission laws. Thus, the aforementioned actions are likely to call for determination of the same or substantially identical questions of law and fact, and to entail substantial

duplication of labor if heard by different judges.  Accordingly, these cases are

related within the meaning of Local Rule 83-1.3.

        RESPECTFULLY SUBMITTED this 5th day of October, 2015.

                KELLER ROHRBACK L.L.P.

                By */s/Matthew J. Preusch*

Matthew J. Preusch (Bar No. 298144)
mpreusch@kellerrohrback.com
Keller Rohrback L.L.P.
1129 State Street, Suite 8
Santa Barbara, CA 93101
(805) 456-1496, Fax (805) 456-1497

Lynn Lincoln Sarko (*pro hac vice* pending)
Gretchen Freeman Cappio (*pro hac vice* pending*)*
Daniel P. Mensher*
Ryan McDevitt*
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
Tel: (206) 623-1900
Fax: (206) 623-3384
lsarko@ kellerrohrback.com
gcappio@kellerrohrback.com
dmensher@kellerrohrback.com
rmcdevitt@kellerohrback.com

*Attorneys for Plaintiffs*
*\* Pro Hac Vice forthcoming*

No. 2:15-cv-07475-GW-GJS        2        NOTICE OF RELATED ACTIONS

## PROOF OF SERVICE

I, Sara Stevens, declare:

I hereby certify that I am now, and at all times material hereto was, over the age of 18, not a party to, nor interested in, the above-entitled action, and am competent to testify as a witness herein. My business address is 1201 Third Avenue, Suite 3200, Seattle, Washington 98101-3052.

On October 5, 2015, I served the foregoing document described as Plaintiffs' Notice of Related Actions of documents as follows:

☒ BY ELECTRONIC TRANSMISSION USING THE COURT'S ECF SYSTEM:

I caused the above documents to be transmitted via electronic mail to those ECF registered parties listed on the Notice of Electronic Filing (NEF) pursuant to Fed. R. Civ. P. 5(d)(1) and via facsimile and electronic mail to the following non-ECF registered parties.

## SERVICE LIST

| | |
|---|---|
| John Nadolenco<br>Neil M. Soltman<br>Matthew H. Marmolejo<br>Mayer Brown LLP<br>350 S. Grand Ave., 25th Floor<br>Los Angeles, CA 90071<br>(213) 229-5173<br>Facsimile: (213) 625-0248<br>E-mail:<br>JNadolenco@mayerbrown.com<br>NSoltman@mayerbrown.com<br>MMarmolejo@mayerbrown.com<br><br>*Attorneys for Defendants Volkswagen of America Group, Inc., Audi of* | Michael B. Gallub<br>Jeffrey L. Chase<br>Herzfeld & Rubin, P.C.<br>125 Broad Street<br>New York, NY, 10004<br>(212) 471-8536<br>Facsimile: (212) 344-3333<br>E-mail: MGallub@herzfeld-rubin.com<br>JChase@herzfeld-rubin.com<br><br>*Attorneys for Defendants Volkswagen of America Group, Inc., Audi of America LLC, and Audi of America, Inc.* |

No. 2:15-cv-07475-GW-GJS    3    NOTICE OF RELATED ACTIONS

KELLER ROHRBACK L.L.P.
1129 STATE STREET, SUITE 8, SANTA BARBARA, CA 93101

*America LLC, and Audi of America, Inc.*

EXECUTED this 5th day of October, 2015 at Seattle, Washington.

/s/ Sara Stevens
Sara Stevens, Legal Assistant

No. 2:15-cv-07475-GW-GJS                    4                    NOTICE OF RELATED ACTIONS